UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
AUG 12 2020
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kenneth Simmons

-v-

Village of Minier Illinois,

Minier Fire Dept.,

US Postal Service,

Property/Parking Lot Owner

STETZ POSTAL LLC

219 Chicago st.

Minier, Il. 61759

case no. 20-1283

MOTION TO AMEND

Plaintiff requests leave to file the attached amended complaint. It corrects scrivener errors for a couple dates.

Defendants have not been served and will not be prejudiced by allowing the corrected complaint.

Kenneth Simmons

Po box 865

Minier Illinois 61759

3094728671



Simmons
P.O. Box 865
Minud, IL
61759

CHAMPAIGN IL
08 AUG 2020

U.S. District Court
Clerk
100 N.E. Monroe
Peoria, IL 61602

61602-100999